[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-14153

_____

D.C. Docket No. 6:98-cr-00091-CEM-GJK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VERNON ADAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 18, 2021)

Before JORDAN, NEWSOM, and TJOFLAT, Circuit Judges.

PER CURIAM:

Vernon Adams appeals the district court's partial grant of his motion for

reduction of sentence pursuant to § 404 of the First Step Act, Pub. L. No. 115-391,

132 Stat. 5194, and 18 U.S.C. § 3582(c)(1)(B).   Mr. Adams concedes in his supplemental brief that his main argument is foreclosed by our decision in *United States v. Jones*, 962 F. 3d 1290, 1301-02 (11th Cir. 2020), but argues that we should remand because it is unclear whether the district court understood its authority to sentence below the revised guidelines range.

Assuming that this argument was properly raised for the first time in a post-*Jones* supplemental brief, *cf. United States v. Dosham*, 795 F.3d 1329, 1331 (11th Cir. 2015) (en banc), we do not believe a remand is needed.  There is nothing in the record to suggest that the district court misunderstood its authority.

**AFFIRMED**.